# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

USA
,

Plaintiff(s),

v.

Haizhou Hu,

Defendant(s).

Case No. 20cr566
Judge Sheila Finnegan

## ORDER

Initial appearance and removal hearing held on 8/28/2020. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appeared by telephone conference today. Defendant appears following arrest on 8/27/2020. Attorney Piyush Chandra is appointed as counsel for defendant for this hearing only since the defendant states that he will be retaining counsel for the next hearing. Interpreter is present. Defendant advised of his rights and the reasons for arrest, namely, an arrest warrant and criminal complaint filed in the U.S. District Court for the Western District of Virginia. Defendant waives identity hearing. The Government orally moves for detention hearing under 18 U.S.C. 3142(f)(1) and 18 U.S.C. 3142(f)(2). Detention hearing and status on preliminary hearing are set on 9/2/2020 at 11:30 a.m. The hearing will proceed by telephone conference since defendant gave his consent today. Members of the public and media may also call in to listen to this hearing. The call-in number is (877) 336-1831, Access code is 5995354, Press#. If Defendant requests an in-person detention hearing, defense counsel shall advise the courtroom deputy by 2:00 p.m. on 9/1/2020 so arrangements can be made for Defendant's transportation to the courthouse. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Without objection, defendant's request to be allowed to place a phone call to the Chinese Consulate from the detention facility is granted. Defendant is remanded into the custody of the U.S. Marshal and shall remain in custody pending further order of court. Defendant shall be permitted to place a phone call to the Chinese Consulate from the detention facility.

(00.42)

Date: 8/28/2020

_Sheila Finnegan_
Sheila Finnegan

United States Magistrate Judge